IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RICHARD HINDS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-661-MEF |
| ) | |
| JOHN D. ASHCROFT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 16, 2006 (Doc. #33), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that the instant 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot..

DONE this 13th day of July, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE